1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAMEL JOWAN WILSON,                       No.  2:21-cv-00091-TLN-AC

12                  Plaintiff,

13          v.                                 **ORDER**

14   R. SHELTON, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 25, 2022, the magistrate judge issued findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 13.)  Plaintiff has

23   not filed objections to the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  The Findings and Recommendations issued April 25, 2022, (ECF No. 13), are adopted

28   in full; and

                                               1

1        2. This matter is DISMISSED without prejudice.

2    **DATED:  July 12, 2022**

3

4

5    _____
     Troy L. Nunley

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2